IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CV-00732-F

| | |
|---|---|
| ROSILYN SAMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| HOLLY HILL HOSPITAL, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court with regard to Plaintiff's Motion to Seal, filed on July 18, 2016. [DE-40]. For good cause shown, the motion is ALLOWED. The Clerk of Court is DIRECTED to file and to maintain under seal the document [DE-39].

SO ORDERED, this the 25 day of July 2016.

Robert B. Jones, Jr.
United States Magistrate Judge