IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-732-F

ROSILYN SAMPSON, )
)
Plaintiff, )
)
vs. ) **ORDER**
)
HOLLY HILL HOSPITAL and )
UNIVERSAL HEALTH SERVICES, INC., )
)
Defendants. )
)

Before the court is Holly Hill Hospital's ("Defendant")[1] Motion to Stay Further Proceedings. [DE 51]. Defendant requests the court stay proceedings in this matter pending substitution by decedent Rosilyn Sampson's successor or representative or dismissal by the Court.

The premises considered, Defendant's motion is ALLOWED. This matter is STAYED until further notice by this court. Defendant shall attempt to serve its Amended Suggestion of Death on Plaintiff's surviving siblings and shall file a status update on this matter within thirty days of the filing date of this order.

SO ORDERED.

This the 30th day of March, 2017.

JAMES C. FOX
Senior United States District Judge

---

[1] On August 14, 2015, the court dismissed Universal Health Services, Inc. as a party to this action. [DE 24].